THÈ PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. J. FRANK LILLY, Appellant.

*Appeal — failure to file papers and bring appeal on for argument —
motion to dismiss granted.*

People v. *Lilly*, 217 App. Div. 732, appeal dismissed.
(Submitted May 2, 1927; decided May 10, 1927.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the first
judicial department, entered June 11, 1926, which
affirmed a judgment of the Court of General Sessions in
the county of New York, rendered upon a verdict con-
victing the defendant of the crime of grand larceny in
the first degree.

The motion was made upon the ground of failure to
file the printed papers on appeal and bring the case on
for argument.

*Joab H. Banton*, District Attorney (*William B. Moore*
of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.

---

INTERNATIONAL MILK CO., INC., Respondent, v. ISAAC
COHEN et al., Copartners under the Firm Name of I.
COHEN & SONS, Appellants.

*Appeal — order of Appellate Division affirming order granting summary
judgment — appeal to Court of Appeals without permission dismissed.*

*International Milk Co., Inc.*, v. *Cohen*, 219 App. Div. 308, appeal
dismissed.
(Submitted May 2, 1927; decided May 10, 1927.)

MOTION to dismiss an appeal from an order of the
Appellate Division of the Supreme Court in the second
judicial department, entered January 28, 1927, which
affirmed an order of Kings County Court granting plain-
tiff's motion for summary judgment.

The motion was made upon the ground that permission